UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIARA WELCOME, *on behalf of herself and all others similarly situated*,<br><br>       Plaintiff,<br><br>       v.<br><br>UNIQLO USA LTD.,<br><br>       Defendant. | 25-CV-3567 (RA)<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

  The Complaint in this case was filed on April 29, 2025. *See* Dkt. No. 1. Under Federal Rule of Civil Procedure 4(m), a complaint must be served within 90 days of the commencement of the action. Fed. R. Civ. P. 4(m). Although Plaintiff has been granted two prior extensions to serve Defendant, with the last one expiring on August 21, 2025, and she indicated in an August 22, 2025 letter that service was effectuated on August 21, 2025, she has not yet filed proof of service on the docket. *See* Dkt. Nos. 5, 7. Accordingly, it is hereby:

  ORDERED that, no later than September 17, 2025, Plaintiff shall file proof of service on the docket or submit a letter explaining why she has not done so.

  IT IS FURTHER ORDERED that if proof of service is not placed on the docket by September 17, 2005, or the Court has not received a letter as to why Plaintiff has not done so, the case may be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: September 11, 2025
    New York, New York

                     _____
                     Hon. Ronnie Abrams
                     United States District Judge