Molly A. Brooks (SBN 4356580)
Michael C. Danna (SBN 5553169)
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2005
Email: mb@outtengolden.com
Email: mdanna@outtengolden.com

*Attorneys for Plaintiff and the Putative Class
and Collective*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KIARA WELCOME, on behalf of herself and all others similarly situated,**<br><br>**Plaintiff,**<br><br>-against-<br><br>**UNIQLO USA LTD.,**<br><br>**Defendant.** | **Case No. 1:25-cv-03567**<br><br>**NOTICE OF DISCONTINUANCE** |

PLEASE TAKE NOTICE that, pursuant to FRCP 41(a), Plaintiff Kiara Welcome, on behalf of herself and all others similarly situated, hereby discontinues this proceeding, without prejudice, and without costs to any party.  A settlement has not been reached on this matter, nor has Defendant filed an answer.

Molly A. Brooks
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
mb@outtengolden.com

-2-

*Attorney for Plaintiff and the*
*Putative Class and Collective*

It is so ORDERED this 7 day of April, 2026.

_____

Judge Ronnie Abrams